# EXHIBIT 2

**Exhibit 2**

Exhibit 2 consists of screenshots from Dollar Aisle's Microsoft Clarity account reflecting recorded Website page views for March 24, 2026. As shown in the filter bar at the top of each screenshot, the results were limited to activity recorded on March 24, 2026, from visitors identified by Microsoft Clarity as being located in Illinois. The screenshots display the page titles, URLs, and corresponding number of recorded page visits returned under those filters. The filtered results do not identify any recorded visit to the product page for the Smart Solar Outdoor LED Wall Lights.

Microsoft | Clarity Ledmyplace

Filters Segments 03/24/2026 12:00 AM - 03/24/2026 11:59 PM Location: Illinois Save as segment Clear

| | | | |
|---|---|---|---|
| 76 | Hybrid T8 4ft LED Tube/Bulb - Glass 18W 2400 Lumens 6500K Cl... | https://www.ledmyplace.com/products/hybrid-works-with-without-ballast-t8-4ft-led-tube-glass-18w-2400-lumens-6500k-clear-1 | 1 |
| 77 | LED Barn Light w/ 3-pin NEMA Photocell, 36/48/60 Wattage Adju... | https://www.ledmyplace.com/products/led-barn-light-w-3-pin-nema-photocell-60w-48w-36w?currency=USD&variant=39835872198721&utm_source=google&utm_medium=cp... | 1 |
| 78 | LED Lighted Bathroom Vanity Mirror with Magnifying Mirror, Anti... | https://www.ledmyplace.com/products/led-bathroom-mirror-with-magnifying-mirror-defogger-and-cct-remembrance-auspice-style?currency=USD&variant=31688537571393&u... | 1 |
| 79 | 28W Round Shape LED Semi Flush Mount Ceiling Lights, Matte B... | https://www.ledmyplace.com/products/led-semi-flush-mount-ceiling-lights-round-shape?currency=USD&variant=31955373817921&utm_source=google&utm_medium=cpc&ut... | 1 |
| 80 | 2x4 LED Troffer Light, 50W, 5000K, Dimmable Panel Light | https://www.ledmyplace.com/products/led-troffer-2x4-50w-5000k-dimmable?currency=USD&variant=32064267092033&utm_source=google&utm_medium=cpc&utm_campaign... | 1 |
| 81 | Piatunnia Art Deco Fluted Glass Best Table Lamp 28" - Emerald G... | https://www.ledmyplace.com/products/piatunnia-art-deco-fluted-glass-best-table-lamp-28-emerald-green-light-green-set-of-2?currency=USD&variant=40270458388545&utm_... | 1 |
| 82 | Piatunnia Art Deco Fluted Glass Best Table Lamp 28" - Emerald G... | https://www.ledmyplace.com/products/piatunnia-art-deco-fluted-glass-best-table-lamp-28-emerald-green-light-green-set-of-2?currency=USD&variant=40270458388545&utm_... | 1 |
| 83 | Platycodon Little Sculpted Glass Best Table Lamp 23" - Ocean Blu... | https://www.ledmyplace.com/products/platycodon-little-sculpted-glass-best-table-lamp-23-ocean-blue-light-blue?currency=USD&variant=40270458552385&utm_source=googl... | 1 |
| 84 | Bathroom Light Fixtures, Wall Mount, 24 inch/36 inch/48 inch, ET... | https://www.ledmyplace.com/products/rectangle-shape-vanity-light-bar-led-fixture?currency=USD&variant=31981088407617&utm_source=google&utm_medium=cpc&utm_ca... | 1 |
| 85 | Bathroom Light Fixtures, Wall Mount, 24 inch/36 inch/48 inch, ET... | https://www.ledmyplace.com/products/rectangle-shape-vanity-light-bar-led-fixture?currency=USD&variant=31981088636993&utm_source=google&utm_medium=cpc&utm_ca... | 1 |
| 86 | RGB Remote Controller Set - 2 Scene Dimming | https://www.ledmyplace.com/products/rgb-remote-led-controller-set-remote-with-2-scenes-dimming?variant=17091407872067&country=US&currency=USD&utm_medium=pr... | 1 |
| 87 | Modern Square LED Wall Sconce, 9W, 3000K, 338LM, CRI: 80+, D... | https://www.ledmyplace.com/products/square-wall-sconce-9w-3000k-338lm?currency=USD&variant=31888574873665&utm_source=google&utm_medium=cpc&utm_campaign... | 1 |
| 88 | T8 4ft LED Tube/Bulb - Glass 18W 1800 Lumens 5000K Clear, G1... | https://www.ledmyplace.com/products/t8-4ft-18w-led-tube-glass-5000k-clear-single-ended-power?currency=USD&variant=18108698460225&utm_source=google&utm_mediu... | 1 |
| 89 | T8 4ft LED Tube/Bulb - Glass 18W 1620 Lumens 6500K Clear, Plu... | https://www.ledmyplace.com/products/t8-4ft-18w-led-tube-glass-6500k-clear-plug-n-playworks-with-a-ballast-only?currency=USD&variant=18108713041985&utm_source=goo... | 1 |
| 90 | T8 4ft LED Tube/Bulb - Glass 18W 1620 Lumens 6500K Clear, Plu... | https://www.ledmyplace.com/products/t8-4ft-18w-led-tube-glass-6500k-clear-plug-n-playworks-with-a-ballast-only?currency=USD&variant=18108713074753&utm_source=goo... | 1 |
| 91 | T8 8ft Integrated LED Tube Light 60W V-Shape 5000K Daylight ... | https://www.ledmyplace.com/products/t8-8ft-led-tube-60w-integrated-5000k-frosted?currency=USD&variant=34859550966O2&utm_source=google&utm_medium=cpc&utm_ca... | 1 |

Filters | Segments | 03/24/2026 12:00 AM - 03/24/2026 11:59 PM | Location: Illinois × | Save as segment | Clear

| | | | | |
|---|---|---|---|---|
| 48 | Decorative Flushmount - LedMyPlace | https://www.ledmyplace.com/collections/decorative-flushmount?utm_source=GoogleAds&utm_medium=cpc&utm_campaign=TP_Pmax_LED_Flush_Mount_Light&utm_source=go... | 1 | |
| 49 | Indoor LED Lights - T8 LED Tube, Bulbs, & UFO High Bay Lights | https://www.ledmyplace.com/collections/indoor-led-lights | 1 | |
| 50 | Indoor Wall Sconces – Translation missing: en.general.meta.page | https://www.ledmyplace.com/collections/indoor-wall-sconce?page=2 | 1 | |
| 51 | Indoor Wall Sconces – Translation missing: en.general.meta.page | https://www.ledmyplace.com/collections/indoor-wall-sconce?page=3 | 1 | |
| 52 | LED Light Bulbs for Indoor and Outdoor Lighting - LedMyPlace | https://www.ledmyplace.com/collections/led-bulbs?utm_source=&utm_medium=&utm_campaign=&utm_content=&utm_term={searchterm}&gad_source=1&gad_campaignid=2... | 1 | |
| 53 | LED Canopy Lights for Outdoor & Gas Station Lighting | https://www.ledmyplace.com/collections/led-canopy-lights-for-gas-station | 1 | |
| 54 | LED Tube Lights \| Energy-Efficient Lighting Solutions | https://www.ledmyplace.com/collections/led-tube-light-fixtures/?utm_source=GoogleAds&utm_medium=cpc&utm_campaign=TP_Pmax_LED_Tubes&utm_source=&utm_medium... | 1 | |
| 55 | LED Tube Lights \| Energy-Efficient Lighting Solutions | https://www.ledmyplace.com/collections/led-tube-light-fixtures/?utm_source=GoogleAds&utm_medium=cpc&utm_campaign=TP_Pmax_LED_Tubes&utm_source=&utm_medium... | 1 | |
| 56 | LED Warehouse Lighting - Industrial High Bay LED Lights | https://www.ledmyplace.com/collections/led-warehouse-lighting?srsltid=AfmBOopy4B1PjckHjzgJuXapwMFANmu-XwlCYhB4erOuX_nGQA9MFccr | 1 | |
| 57 | Lighted Vanity Mirrors \| Modern LED Mirrors for Bathroom | https://www.ledmyplace.com/collections/lighted-vanity-mirrors | 1 | |
| 58 | T5 LED tubes - LEDMyPlace | https://www.ledmyplace.com/pages/search-results-page?q=T5 LED tubes | 1 | |
| 59 | Search Results | https://www.ledmyplace.com/pages/search-results-page?q=cooler+lights | 1 | |
| 60 | Search Results – Translation missing: en.general.meta.page | https://www.ledmyplace.com/pages/search-results-page?q=gold light fixture&tab=products&page=3 | 1 | |
| 61 | led window lights 110 - LEDMyPlace | https://www.ledmyplace.com/pages/search-results-page?q=led window lights 110 | 1 | |
| 62 | Search Results | https://www.ledmyplace.com/pages/search-results-page?q=led+window+lights+110 | 1 | |
| 63 | 11" Round Nickel Dimmable Flush Mount Light - 15W, 3CCT | https://www.ledmyplace.com/products/11-round-brushed-nickel-dimmable-flush-mount-single-ring-1000-lumens-power-15w-3-color-switchable-3000k-4000k-5000k?currency=... | 1 | |
| 64 | LED Light Bulbs BR30 9 Watt 5000K 650 Lumens 120V Dimmable ... | https://www.ledmyplace.com/products/120v-9w-br30-dim-650lm-5000k-15000h-ul-es?currency=USD&variant=14615064543299&utm_source=google&utm_medium=cpc&utm_... | 1 | |

Filters | Segments | 03/24/2026 12:00 AM - 03/24/2026 11:59 PM | Location: Illinois | Save as segment | Clear

| | | | |
|---|---|---|---|
| 15 | How To Direct-Wire A Double-Ended T8 LED Bulb? – Translation ... | https://www.ledmyplace.com/blogs/stories/how-to-direct-wire-a-double-ended-led-bulb?page=2#Comments-384704512065 | 2 |
| 16 | Your Guide To The Shapes And Sizes Of Bulbs And Bases! | https://www.ledmyplace.com/blogs/stories/your-guide-to-the-shapes-and-sizes-of-bulbs-and-bases?utm_source=google&utm_medium=ppc&utm_campaign=23552642521&ut... | 2 |
| 17 | Indoor Wall Sconces | https://www.ledmyplace.com/collections/indoor-wall-sconce | 2 |
| 18 | 30 Days Return / Refund Policy - LEDMyPlace | https://www.ledmyplace.com/pages/30-days-return-policy | 2 |
| 19 | 14 inch Dimmable LED Flush Mount Ceiling Lights, Double Ring, ... | https://www.ledmyplace.com/products/14-led-double-ring-flush-mount-1750-lumens-power-25w-3-color-switchable-3000k-4000k-5000k?currency=USD&variant=31782130810... | 2 |
| 20 | 14 inch Dimmable LED Flush Mount Ceiling Lights, Double Ring, ... | https://www.ledmyplace.com/products/14-led-double-ring-flush-mount-1750-lumens-power-25w-3-color-switchable-3000k-4000k-5000k?currency=USD&variant=31782130810... | 2 |
| 21 | 2-Lights Indoor Outdoor Flush Mount Ceiling Lamp Farmhouse C... | https://www.ledmyplace.com/products/2-lights-indoor-outdoor-flush-mount-ceiling-lamp-farmhouse-close-to-ceiling-light-fixtures-with-wood-texture-finish-for-kitchen-dining-... | 2 |
| 22 | LED Post Top Light With Photocell 75W, 5700K, AC120-277V, UL, ... | https://www.ledmyplace.com/products/75w-led-garden-light-5700k-ac100-277v-bronze?currency=USD&variant=17420386926657&utm_source=google&utm_medium=cpc&ut... | 2 |
| 23 | LED Wall Pack Lights with Dusk-to-Dawn Photocell, 13W/18W/26... | https://www.ledmyplace.com/products/dusk-to-dawn-led-wall-pack-3-wattage-adjustable-3-cct-changeable?currency=USD&variant=40786214944833&utm_source=google&ut... | 2 |
| 24 | Hexagon LED Garage Light, 8 Hex Kit (35pcs), 6w/pc (Total Power... | https://www.ledmyplace.com/products/hexagon-led-garage-light-8-hex-kit?variant=41720675336257&country=US&currency=USD&utm_medium=product_sync&utm_source=g... | 2 |
| 25 | Hybrid T8 4ft LED Tube/Bulb - Glass 18W 2400 Lumens 6500K Cl... | https://www.ledmyplace.com/products/hybrid-works-with-without-ballast-t8-4ft-led-tube-glass-18w-2400-lumens-6500k-clear-1?currency=USD&variant=18108669526081&utm... | 2 |
| 26 | Piatunnia Art Deco Fluted Glass Best Table Lamp 28" - Emerald G... | https://www.ledmyplace.com/products/piatunnia-art-deco-fluted-glass-best-table-lamp-28-emerald-green-light-green-set-of-2?currency=USD&variant=40270458388545&utm_... | 2 |
| 27 | Bluetooth Wireless Control 0-10V Power Pack | https://www.ledmyplace.com/products/power-pack-single-bluetooth-wireless-control-system-0-10v?variant=31565925089345&country=US&currency=USD&utm_medium=prod... | 2 |
| 28 | T8 4ft LED Tube/Bulb - Glass 18W 1620 Lumens 6500K Clear, Plu... | https://www.ledmyplace.com/products/t8-4ft-18w-led-tube-glass-6500k-clear-plug-n-playworks-with-a-ballast-only?currency=USD&variant=18108713074753&utm_source=goo... | 2 |
| 29 | T8 4 foot led freezer / cooler light V Shape 18w 5000k clear-LED... | https://www.ledmyplace.com/products/t8-4ft-led-freezer-cooler-tube-v-shape-18w-5000k-clear | 2 |
| 30 | T8 8ft Integrated LED Tube Light 60W V-Shape 5000K Daylight ... | https://www.ledmyplace.com/products/t8-8ft-led-tube-60w-integrated-5000k-frosted?currency=USD&variant=3485955096602&utm_source=google&utm_medium=cpc&utm_ca... | 2 |
| 31 | T8 8ft Integrated LED Tube Light 60W V-Shape 5000K Daylight ... | https://www.ledmyplace.com/products/t8-8ft-led-tube-60w-integrated-5000k-frosted?currency=USD&variant=3485958111258&utm_source=google&utm_medium=cpc&utm_ca... | 2 |

Microsoft | Clarity Ledmyplace Dashboard Recordings Heatmaps Settings

Filters Segments 03/24/2026 12:00 AM - 03/24/2026 11:59 PM Location: Illinois Save as segment Clear

| | | | |
|---|---|---|---|
| 32 | LED Lights & Lighting Accessories \| LEDMyplace.com | https://www.ledmyplace.com/?msclkid=38374b847c061d53afe311ff3e050899&utm_source=bing&utm_medium=cpc&utm_campaign=Brand Search Ads - Simprosys&utm_term=... | 1 |
| 33 | LED Lights & Lighting Accessories \| LEDMyplace.com | https://www.ledmyplace.com/?utm_source=&utm_medium=&utm_campaign=-853300974&utm_content=-&gad_source=1&gad_campaignid=853300974&gbraid=0AAAAADsjq... | 1 |
| 34 | LED Lights & Lighting Accessories \| LEDMyplace.com | https://www.ledmyplace.com/?utm_source=google&utm_medium=ppc&utm_campaign=23346840470&utm_content=&utm_term=&utm_campaign_name={campaignname}&ut... | 1 |
| 35 | A Guide To Choose The Right Color Temperature | https://www.ledmyplace.com/blogs/stories/a-guide-to-choose-the-right-color-temperature?utm_source=google&utm_medium=ppc&utm_campaign=23552642521&utm_conten... | 1 |
| 36 | Electrical Tool Kit : Essential Tools for Electricians | https://www.ledmyplace.com/blogs/stories/electrical-tool-kit-essential-tools-for-electricians?srsltid=AfmBOoo9NJHKPCc6jPMUQtTQH7waPECVWLql3A6kQlJ-sbpK4pcjzXJe | 1 |
| 37 | Enhancing Classroom Productivity and Enjoyment with LED Lighti... | https://www.ledmyplace.com/blogs/stories/enhancing-classroom-productivity-and-enjoyment-with-led-lighting?srsltid=AfmBOoruu4O6ve6cSao3l14lf39DSBbe4e6nfEjbv6wG7qCy... | 1 |
| 38 | How to Choose the Right Size LED Flush Mount Ceiling Light | https://www.ledmyplace.com/blogs/stories/how-to-choose-the-right-size-led-flush-mount-ceiling-light?srsltid=AfmBOoodndlIQiZ8eXHD-nyQ04P0y8AiNEGDNvVQkyRsEoGrKm3... | 1 |
| 39 | How to Determine Bathroom Vanity Light Sizes | https://www.ledmyplace.com/blogs/stories/how-to-determine-bathroom-vanity-light-sizes?srsltid=AfmBOopIXYlei4-gHIDrYv2IyHyBIgqGuOCNgyr8GlGSNljVyWs1XyV6 | 1 |
| 40 | How To Direct-Wire A Double-Ended T8 LED Bulb? – Translation ... | https://www.ledmyplace.com/blogs/stories/how-to-direct-wire-a-double-ended-led-bulb?page=3#Comments-384704512065 | 1 |
| 41 | How To Direct-Wire A Double-Ended T8 LED Bulb? | https://www.ledmyplace.com/blogs/stories/how-to-direct-wire-a-double-ended-led-bulb?srsltid=AfmBOooG9vRv1bgKgBYr-5md-xZXCQ4th2pthAVBgvcZzDWox_shVF2p | 1 |
| 42 | LED Panel vs. LED Troffer: What's the Difference? | https://www.ledmyplace.com/blogs/stories/led-panel-vs-led-troffer-whats-the-difference?utm_source=google&utm_medium=ppc&utm_campaign=23552642521&utm_content=... | 1 |
| 43 | Your Guide To The Shapes And Sizes Of Bulbs And Bases! | https://www.ledmyplace.com/blogs/stories/your-guide-to-the-shapes-and-sizes-of-bulbs-and-bases?srsltid=AfmBOorVI9ZBd-XgWG7HJBGTLrLny_1sMYBxUlDKGBE3kywWit2Pe-nO | 1 |
| 44 | Your Guide To The Shapes And Sizes Of Bulbs And Bases! | https://www.ledmyplace.com/blogs/stories/your-guide-to-the-shapes-and-sizes-of-bulbs-and-bases?utm_source=google&utm_medium=ppc&utm_campaign=23552642521&ut... | 1 |
| 45 | 2x2 LED Panel Lights - LED Drop Ceiling Lights | https://www.ledmyplace.com/collections/2x2-led-flat-panel-light?sort_by=price-ascending&utm_source=&utm_medium=&utm_campaign=&utm_content=&utm_term={searchte... | 1 |
| 46 | 2x4 LED Panel Light Fixture - Dimmable - LedMyPlace | https://www.ledmyplace.com/collections/2x4-ceiling-led-panel-lights?utm_source=google&utm_medium=ppc&utm_campaign=23346840470&utm_content=&utm_term=&utm_... | 1 |
| 47 | 8ft LED Shop Lights - T8 Integrated LED Tube Lights - LedMyPlace | https://www.ledmyplace.com/collections/8-foot-led-shop-lights-linkable-integrated-tubes?utm_source=&utm_medium=&utm_campaign=-22649049511&utm_content=-&gad_s... | 1 |

Microsoft | Clarity  Ledmyplace  Dashboard  Recordings  Heatmaps  Settings

Filters  Segments  03/24/2026 12:00 AM - 03/24/2026 11:59 PM  Location: Illinois  Save as segment  Clear

| | | | |
|---|---|---|---|
| 65 | 5 in. and 6 in. Recessed LED Downlight, 15W, 1100LM, Baffle-trim... | https://www.ledmyplace.com/products/15w-5-6-inch-dimmable-led-downlights-1100-lumens-12-pack?currency=USD&variant=12213962670147&utm_source=google&utm_me... | 1 |
| 66 | 5 in. and 6 in. Recessed LED Downlight, 15W, 1100LM, Baffle-trim... | https://www.ledmyplace.com/products/15w-5-6-inch-dimmable-led-downlights-1100-lumens-12-pack?currency=USD&variant=12213962670147&utm_source=google&utm_me... | 1 |
| 67 | 2-Lights Indoor Outdoor Flush Mount Ceiling Lamp Farmhouse C... | https://www.ledmyplace.com/products/2-lights-indoor-outdoor-flush-mount-ceiling-lamp-farmhouse-close-to-ceiling-light-fixtures-with-wood-texture-finish-for-kitchen-dining-... | 1 |
| 68 | 2 ft. x 4 ft. LED T-Bar Panel Light, 40W/50W/60W Wattage Adjust... | https://www.ledmyplace.com/products/2x4ft-led-t-bar-panel-light-55w-5000k-etl-listed?currency=USD&variant=30107821211713&utm_source=google&utm_medium=cpc&utm... | 1 |
| 69 | 3-Pack Trim for Magnetic LED Puck Light, Nickel | https://www.ledmyplace.com/products/3-pack-trim-only-for-magnetic-led-puck-light-brushed-nickel?currency=USD&variant=17737085288513&utm_source=google&utm_medi... | 1 |
| 70 | 300W/240W/200W LED Pole Light, 5700K, IP65, Dusk to Dawn | https://www.ledmyplace.com/products/300w-led-pole-light-with-photocell-5700k-universal-mount-black-ac120-277v?currency=USD&variant=41700163616833&utm_source=go... | 1 |
| 71 | 300W/240W/200W LED Pole Light, 5700K, IP65, Dusk to Dawn | https://www.ledmyplace.com/products/300w-led-pole-light-with-photocell-5700k-universal-mount-black-ac120-277v?currency=USD&variant=41700163616833&utm_source=go... | 1 |
| 72 | 6" 12W LED Slim Panel Light, Round, CCT Changeable, Junction B... | https://www.ledmyplace.com/products/6-12w-led-slim-panel-recessed-ceiling-light-cct-2700k-3000k-3500k-4000k-5000k-with-junction-box-round-1-pack?currency=USD&varia... | 1 |
| 73 | 6" 12W LED Slim Panel Light, Round, CCT Changeable, Junction B... | https://www.ledmyplace.com/products/6-12w-led-slim-panel-recessed-ceiling-light-cct-2700k-3000k-3500k-4000k-5000k-with-junction-box-round-1-pack?currency=USD&varia... | 1 |
| 74 | LED Semi-Flush Mount Light, 28W, 1950 Lumens, Dimmable, Rou... | https://www.ledmyplace.com/products/dimmable-semi-flush-mount-lighting-28w?currency=USD&variant=31951792144449&utm_source=google&utm_medium=cpc&utm_cam... | 1 |
| 75 | E26 8W Vintage LED Bulb T10 LED Tubular Bulb, 4-Filament Light... | https://www.ledmyplace.com/products/e26-8w-vintage-led-bulb-t10-led-tubular-bulb-4-filament-light-bulb-dimmable-2700k-120v-60hz-900lm-clear?variant=41318162890817... | 1 |
| 76 | Hybrid T8 4ft LED Tube/Bulb - Glass 18W 2400 Lumens 6500K Cl... | https://www.ledmyplace.com/products/hybrid-works-with-without-ballast-t8-4ft-led-tube-glass-18w-2400-lumens-6500k-clear-1 | 1 |
| 77 | LED Barn Light w/ 3-pin NEMA Photocell, 36/48/60 Wattage Adju... | https://www.ledmyplace.com/products/led-barn-light-w-3-pin-nema-photocell-60w-48w-36w?currency=USD&variant=39835872198721&utm_source=google&utm_medium=cp... | 1 |
| 78 | LED Lighted Bathroom Vanity Mirror with Magnifying Mirror, Anti... | https://www.ledmyplace.com/products/led-bathroom-mirror-with-magnifying-mirror-defogger-and-cct-remembrance-auspice-style?currency=USD&variant=31688537571393&u... | 1 |
| 79 | 28W Round Shape LED Semi Flush Mount Ceiling Lights, Matte B... | https://www.ledmyplace.com/products/led-semi-flush-mount-ceiling-lights-round-shape?currency=USD&variant=31955373817921&utm_source=google&utm_medium=cpc&ut... | 1 |
| 80 | 2x4 LED Troffer Light, 50W, 5000K, Dimmable Panel Light | https://www.ledmyplace.com/products/led-troffer-2x4-50w-5000k-dimmable?currency=USD&variant=32064267092033&utm_source=google&utm_medium=cpc&utm_campaign... | 1 |
| 81 | Piatunnia Art Deco Fluted Glass Best Table Lamp 28" - Emerald G... | https://www.ledmyplace.com/products/piatunnia-art-deco-fluted-glass-best-table-lamp-28-emerald-green-light-green-set-of-2?currency=USD&variant=40270458388545&utm_... | 1 |

Microsoft | Clarity   Ledmyplace   Dashboard   Recordings   Heatmaps   Settings

Filters   Segments   03/24/2026 12:00 AM - 03/24/2026 11:59 PM   Location: Illinois ×   Save as segment   Clear

This list is based on the currently selected filters

Sort by: Most popular   URL parameters   On

| | Page title | URL | Page visits |
|---|---|---|---|
| 1 | LED Pole Light 150W/120W/100W with Dusk to Dawn Photocell, ... | https://www.ledmyplace.com/products/150w-led-pole-light-with-photocell-5700k-universal-mount-bronze-ac100-277v | 9 |
| 2 | Clearance Sale - Coupon Code | https://www.ledmyplace.com/pages/clearance | 8 |
| 3 | LED Neon Flex - 5% Sale - LEDMyPlace | https://www.ledmyplace.com/collections/led-neon-flex-clearance | 5 |
| 4 | Do T8 LED Tube Lights Need a Ballast? | https://www.ledmyplace.com/blogs/stories/do-t8-led-tube-lights-need-a-ballast?utm_source=&utm_medium=&utm_campaign=-23090875146&utm_content=-&gad_source=1&... | 4 |
| 5 | Your Shopping Cart | https://www.ledmyplace.com/cart | 4 |
| 6 | Piatunnia Art Deco Fluted Glass Best Table Lamp 28" - Cobalt Blu... | https://www.ledmyplace.com/products/piatunnia-art-deco-fluted-glass-best-table-lamp-28-cobalt-blue-light-green?currency=USD&variant=40270459863105&utm_source=goo... | 4 |
| 7 | LED Lights & Lighting Accessories \| LEDMyplace.com | https://www.ledmyplace.com/ | 3 |
| 8 | Outdoor LED Security Lights & Flood Lights | https://www.ledmyplace.com/collections/led-security-lights?srsltid=AfmBOooDmY7hZRk2UflDk7ZRfjbMz8GPmBmG5FoKF3iFUm6DrQAFaEBx | 3 |
| 9 | 9W Square Shape LED Wall Sconce, 3000K Warm White, 500LM, ... | https://www.ledmyplace.com/products/1-light-square-wall-sconce-9w | 3 |
| 10 | Dimmable LED Indoor Wall Sconce - LED Wall Lights | https://www.ledmyplace.com/products/10-25-dimmable-wall-sconce-bn-color-with-dob-module-1100-lumens-power-17w-ac120v?variant=39575725211713 | 3 |
| 11 | A Guide To Choose The Right Color Temperature | https://www.ledmyplace.com/blogs/stories/a-guide-to-choose-the-right-color-temperature?srsltid=AfmBOorLlsYLpPoXVssNpLXLK0SldRosfGrJM3VjrmpcHuvSzc9LPjHu | 2 |
| 12 | How Many Lumens Do I Need For a Street Light? | https://www.ledmyplace.com/blogs/stories/how-many-lumens-do-i-need-for-a-street-light?srsltid=AfmBOop6H6dJSNz7gEHnh6SXW-h-lu3bFP673ZnQqMdNSJDcCMW3ovk_ | 2 |
| 13 | How to Determine Bathroom Vanity Light Sizes | https://www.ledmyplace.com/blogs/stories/how-to-determine-bathroom-vanity-light-sizes?utm_source=&utm_medium=&utm_campaign=&utm_content=&utm_term={searchte... | 2 |
| 14 | How To Direct-Wire A Double-Ended T8 LED Bulb? | https://www.ledmyplace.com/blogs/stories/how-to-direct-wire-a-double-ended-led-bulb | 2 |