# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Martrell Desamonta Booker on behalf of himself and all others similarly situated

Plaintiffs,

v.

Dollar Aisle, LLC,

Defendant.

Case No.: 1:26-cv-4319

Hon. Charles P. Kocoras

## DECLARATION OF RAHUL ANAND

I, Rahul Anand, declare as follows:

1. My name is Rahul Anand, and I am the founder of Dollar Aisle, LLC ("Dollar Aisle").
2. Dollar Aisle owns and operates the website https://www.ledmyplace.com ("the Website").
3. I am over the age of eighteen and competent to testify to the matters set forth in this declaration based on personal knowledge.
4. I have reviewed the First Amended Complaint filed in this matter (the "FAC"), and I am familiar with its contents.
5. I have personal knowledge of Dollar Aisle's Website, including its structure, functionality, and checkout process.
6. I am familiar with the Website as it existed on March 24, 2026, including the pages and functions a user would encounter when locating the Smart Solar Outdoor LED Wall Lights product, adding that product to a cart, opening the cart, and proceeding toward checkout.
7. On March 24, 2026, a user following the transaction path described in the FAC would not encounter form fields requiring the user to enter personal identification with financial

information as pleaded in Paragraph 34 of the FAC because such forms are not presented until the user proceeds to checkout.

8. Fields requesting a customer's personal identification, shipping, and financial information are presented as part of the checkout process. Those fields are not presented on the product page or when a customer adds an item to the shopping cart.

9. Dollar Aisle uses Microsoft Clarity to record and review visitor sessions on the Website. As the founder, I have access to Dollar Aisle's Clarity account and am familiar with its use. I reviewed Dollar Aisle's Microsoft Clarity account in conjunction with my internal team and reviewed the website visitor records for March 24, 2026. Using Microsoft Clarity's location and page-visit filters, I was unable to identify any recorded Website session from Kane County, Illinois on that date. I was also unable to identify any recorded session from anywhere in Illinois that visited the product page for the Smart Solar Outdoor LED Wall Lights on that date.

10. The records I reviewed were filtered by date, visitor location, and the URL of the Smart Solar Outdoor LED Wall Lights product page.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 2026-07-30

Rahul Anand

Rahul Anand