EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTRELL DESAMONTA BOOKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR AISLE, LLC.,<br><br>Defendant. | Case No.: 1: 26-cv-4319 |

**DECLARATION OF. MARTRELL DESAMONTA BOOKER, IN SUPPORT OF CLAIM FOR OPPOSITIONTO DEFENDANT'S MOTION TO DISMISS**

**I, Martrell Desamonta Booker, declare as follows:**

**1.** I am the Plaintiff in the above-captioned action. I am over the age of eighteen and competent to testify to the matters set forth herein. I submit this Declaration in opposition to Defendant's Motion to Dismiss [ECF No. 15]. Except where stated on information and belief, the facts set forth below are based on my own personal knowledge, and if called as a witness I could and would testify competently to them.

**2.** I reside in Kane County, Illinois.

**3.** I am a person with a disability as defined by the Americans with Disabilities Act, 42 U.S.C. § 12102. Specifically, I am legally visually impaired, which substantially limits the major life activity of seeing.

**4.** Because of my disability, I cannot read a computer screen. To access the internet, I rely on screen-reader software, specifically JAWS. The assistive technology requires a website to aid those similarly situated e.g., that images carry alternative text, that form fields carry programmatic labels, and that all interactive elements be reachable and operable by keyboard.

**5.** I have used assistive technology for several years and am proficient in its operation. I regularly use it to shop online, and I have successfully completed purchases on other retail websites using this same technology and the same device configuration.

**Defendant's Website**

**6.** Defendant owns, operates, and/or controls the website located at www.ledmyplace.com (the "Website"), through which Defendant offers goods for sale to the general public, including consumers in Illinois.

**7.** Among the products Defendant offers for sale through the Website is a product identified as "Smart Solar LED Wall Lights" (the "Product").

**8.** On or about March 24, 2026, I visited the Website using my personal computer and JAWS assistive technology.

**9.** I visited the Website on that date with the intent to purchase the Smart Solar LED Wall Lights product.

**10.** During my March 2026 visit, I encountered accessibility barriers on the Website that prevented me from accessing information about the Product and from purchasing it on equal terms with sighted customers. The barriers I personally encountered included, without limitation:

a. The link description and the title of the opened web page were not similar. The Website should have provided continuity between the link I clicked on and the web page he landed on;
b. The Carousel region from the Website did not have navigation controls (previous/next slide buttons and slide navigation dots) and did not comply with necessary accessibility standards. Thus, I could not control the navigation through the carousel region on the page;
c. I was forced to repeatedly tab through elements with the same destination: the link text of products conveyed similar information and led to the same destinations as interactive images above the links;
d. When opening a dialog, the focus order did not move from the trigger button to the dialog items. I was confused when navigating through content and encountered information in an order that was inconsistent with the meaning of the content and could not be operated from the keyboard;
e. In an attempt to add an item to the cart, the confirmation message was not announced by the screen reader software. I was not informed about any confirmation at the stage of purchasing the product.

**11.** As a result of these barriers, I was unable to obtain the same information about the Product that is available to sighted users and unable to complete the purchase of the Product during my March 2026 visit. After nearly ten minutes on the site, I abandoned the attempt to purchase the Smart Solar LED Wall Lights product.

**12.** The barriers I encountered caused me to feel frustrated, excluded, and treated as a second-class customer, and denied me the full and equal enjoyment of the goods and services Defendant offers through the Website.

**13.** On or about July 28, 2026, I again visited the Website using my personal computer and JAWS assistive technology.

**14.** I visited the Website on that date for the same purpose: with the intent to purchase the Smart Solar LED Wall Lights product. I still wanted the Product, and I hoped that in the intervening months Defendant had corrected the problems that had prevented me from purchasing it in March.

**15.** During my July 2026 visit, some of the barriers from my March 2026 still exist, in addition to new barriers including: images with identical alternative text; interactive elements fail to receive focus when using the tab key; sub-menu items cannot be accessed using the keyboard and do not announce their collapsed or expanded state; and the updated cart value is not announced by the screen reader when clicking "Add to Cart" on the Website.

**16.** As a result of these barriers, I was again unable to complete the purchase of the Product during my July 2026 visit.

**Intent to Return**

**17.** I still want to purchase the Smart Solar LED Wall Lights product from Defendant.

**18.** I intend to return to the Website in the coming months to attempt again to purchase the Product.

**19.** I am currently deterred from returning to the Website with any expectation of success because, based on my two prior visits, I have every reason to believe the barriers described above remain in place. If Defendant remediates the Website so that it is accessible to me using screen reader assistive technology, I will return to the Website and complete my purchase of the Product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on August 19, 2026, in Kane County, Illinois.

*Martrell Desamonta Booker*

Martrell Desamonta Booker

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Michael Ohrenberger*

Michael Ohrenberger, Esq.
4903 Avenue N
Brooklyn, NY 11234
Phone: (716) 281-5496
Email: MOhrenberger@Ealg.law
*Attorneys for Plaintiff*

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
XCYNC-I4X8E-WYBNA-THNKW

DOCUMENT COMPLETED BY ALL PARTIES ON
19 AUG 2026 15:30:02
[redacted]

| SIGNER | TIMESTAMP | SIGNATURE |
| --- | --- | --- |
| **MARTRELL DESAMONTA BOOKER**<br>EMAIL<br>[redacted] | SENT<br>19 AUG 2026 14:58:29<br>VIEWED<br>19 AUG 2026 15:27:16<br>SIGNED<br>19 AUG 2026 15:30:02 | *Martrell Desamonta Booker*<br>IP ADDRESS<br>[redacted]<br>LOCATION<br>[redacted] |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
19 AUG 2026 15:27:16